# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
Eastern District of New York

Index Number: 1:15-CV-05551-RJD-VVP

Date Filed: _____

Plaintiff:
**U.S. Commodity Futures Trading Commission**

vs.

Defendant:
**Safety Capital Management, Inc. (dba "FOREXNPOWER"), et al.**

For:
Linda Y. Peng, Esq.
U.S. Commodity Futures Trading Commission
140 Broadway
19th Floor
New York, NY 10005

Received by Direct Process Server LLC on the 28th day of September, 2015 at 3:24 pm to be served on **JOHN H. WON, 156-14 SANFORD AVENUE, FLUSHING, NY 11355, (718) 961-4783**

I, CURTIS WARREN, do hereby affirm that on the **2nd day of October, 2015 at 10:45 am, I:**

served a **SUITABLE AGE PERSON** by delivering and leaving a true copy of the Summons In A Civil Action, Complaint With Jury Trial Demanded, Individual Motion Practices Of Judge Raymond J. Dearie and Rules Of Practice Of Magistrate Judge Viktor V. Pohorelsky with HANNA WON as AUTHORIZED at 156-14 SANFORD AVENUE, FLUSHING, NY 11355, the said premises being the respondent's place of Work within the State of New York. Deponent completed service by mailing a true copy of the Summons In A Civil Action, Complaint With Jury Trial Demanded, Individual Motion Practices Of Judge Raymond J. Dearie and Rules Of Practice Of Magistrate Judge Viktor V. Pohorelsky in a postpaid envelope addressed to: 156-14 SANFORD AVENUE, FLUSHING, NY 11355 and bearing the words "Personal & Confidential" by First Class Mail on 10/2/2015 and placed in an official depository of the U.S.P.S. in **New York State**

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Marital Status:** Based upon inquiry of party served, Defendant is married.

**Description** of Person Served: Age: 45, Sex: F, Race/Skin Color: Asian, Height: 5'5", Weight: 120, Hair: Black, Glasses: N

I certify that I am over the age of 18, have no interest in the above action. Under penalties of perjury, I declare I have read the foregoing document and the facts stated are true.

CURTIS WARREN

Direct Process Server LLC
373 Smithtown Bypass
Suite 212
Hauppauge, NY 11788
(631) 406-6989
Our Job Serial Number: DPR-2015004482

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n

